

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| WATTS PREMIER, INC., WATTS WATER TECHNOLOGIES, INC., AND WATTS REGULATOR CO., | § § § § | No. 08-16-00232-CV |
| Appellants, | | Appeal from the |
| | § | County Court at Law No. 3 |
| V. | § | of El Paso County, Texas |
| TEXAS FARMERS INSURANCE CO. AS SUBROGEE OF FRANCISCO MERCADO, | § § | (TC# 2016DCV0690) |
| Appellee. | § § | |

## MEMORANDUM OPINION

Pending before the Court is a joint motion to dismiss this appeal. *See* TEX.R.APP.P. 42.1.

We grant the motion and dismiss the appeal. Pursuant to the agreement of the parties, costs of the

appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

July 26, 2017

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.